**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| GREGG LEON CRAMPTON, | No. 09-35645 |
| Petitioner - Appellant, | D.C. No. 3:07-cv-01883-BR |
| v. | |
| J. E. THOMAS, | ORDER* |
| Respondent - Appellee. | |

Appeal from the United States District Court
for the District of Oregon
Anna J. Brown, District Judge, Presiding

Submitted October 5, 2010**
Portland, Oregon

Before: TASHIMA, PAEZ and CLIFTON, Circuit Judges.

Gregg Leon Crampton moves to dismiss as moot his petition for writ of

habeas corpus under 28 U.S.C. § 2241 and his appeal of the district court's denial

of the same, and to vacate the district court's order pursuant to 28 U.S.C. § 2106.

---

\*      This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

\*\*      The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

The government agrees to the dismissal but argues that the district court's order should not be vacated.

It is undisputed that because Crampton was resentenced on February 2, 2010 to a consecutive sentence of 96 months, this appeal and the underlying petition are moot. Furthermore, because Crampton's petition has become moot by the "happenstance" of a separate court judgment involving distinct legal issues not raised in this appeal, vacatur is appropriate. *See Alvarez v. Smith*, ___ U.S. ___, 130 S. Ct. 576, 581-83 (2009). We grant Crampton's motion to dismiss, vacate the district court's order of June 26, 2009, and remand with instructions to dismiss the case as moot.

**VACATED AND REMANDED**.